UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on November 1, 2013

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| v. | : | MAGISTRATE NO. 12-MJ-285 |
| RITA RENEE PAYTON, | : | VIOLATION: |
| | : | 21 U.S.C. § 841(a)(1) and § 841(b)(1)(C) |
| | : | (Unlawful Distribution of Oxycodone) |

Case: 1:14-cr-00061
Assigned To : Jackson, Amy Berman
Assign. Date : 3/18/2014
Description: INDICTMENT (B)

INDICTMENT

The Grand Jury Charges that:

COUNT ONE

On or about March 18, 2009, within the District of Columbia, **RITA RENEE PAYTON,** did knowingly and intentionally distribute a mixture or substance containing a detectable amount of oxycodone, a Schedule II narcotic drug controlled substance.

(**Unlawful Distribution of Oxycodone,** in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C))

A TRUE BILL:

FOREPERSON.

_(signature)_
Attorney of the United States in
and for the District of Columbia